COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
(337) 433-9403

Linda Sarradet Akchin
Kean Miller
P. O. Box 3513
Baton Rouge LA 70821-3513

William Boyce Monk
Stockwell, Sievert
P. O. Box 2900
Lake Charles LA 70602

REHEARING ACTION: December 19, 2012

Docket Number: 12   00477-CA consolidated with 478-CA & 479-CA

CYNTHIA BRIDGES, SEC. DEPT. OF REV., STATE OF LOUISIANA
VERSUS
NELSON INDUSTRIAL STEAM CO.

Appealed from Calcasieu Parish Case No. 2008-6375 C/W 2010-3564, C/W 2010-5853

BEFORE JUDGES:

Hon. Oswald A. Decuir
Hon. Billy Howard Ezell
Hon. Phyllis M. Keaty

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the application for rehearing en banc filed by **Nelson Industrial**

**Steam Co.** have this day been

DENIED.

cc: Cheryl Mollere Kornick, Amicus Counsel
     Russell Joseph Stutes  Jr., Counsel for the Appellee